| Date | Pleading Number | |
|------|------|------|
| 6/2/76 | 1. | MOTION W/SUPPORTING BRIEF -- Defendants Rolling Hills of Ocala, Ltd. and Edward Gadinsky -- Complaints and Miscellaneous Memo as Exhibits A thru F; Certificate of Service of Counsel and Clerks of involved courts |
| | | REQUESTED TRANSFEREE JUDGE:  Judge Norman C. Roettger |
| | | REQUESTED TRANSFEREE FORUM:  Southern District of Florida |
| 6/14/76 | | APPEARANCES -- Gerald F. Richman for Pltfs Bonaccurso (A-3); Bevar Realty Corp. (A-4); Palmarozza, et al. (A-5); Gelman (A-6); Malloy (A-7); Clough (A-8); Maugher (A-9); Coluzzi (A-10); and Rogers (A-11) |
| | | Alan E. Greenfield for defs. Rolling Hills of Ocala, Ltd. and Edward Gadinsky |
| | | Henry I. Jacobson for Pltf Pasternack, et al. (A=1) |
| 7/2/76 | | HEARING ORDER -- Setting A-1 through A-11 for hearing, July 23, 1976 Chicago, Illinois |
| 7/16/76 | 2 | RESPONSE -- PLAINTIFFS w/cert. of service |
| 8/26/76 | | CONSENT OF TRANSFERE COURT -- for Judge Norman C. Roettger, Jr. to handle litigation in the S.D.Florida under 28 U.S.C. §1407 |
| 8/26/76 | | ORDER -- transferring A-1 to the S.D. of Florida under 28 U.S.C.§1407 to Judge Norman C. Roettger, Jr. with A-2 through A-11 for coordinated or consolidated pretrial proceedings |

DOCKET NO. 259 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE FLORIDA REAL ESTATE (ROLLING HILLS OF OCALA, LTD.) SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 7/23/76

Date(s) of Opinion(s) or Order(s) 8/26/76

Consolidation Ordered **XX**          Name of Transferee Judge  NORMAN C. ROETTGER, JR.

Consolidation Denied  _____          Transferee District **SOUTHERN DISTRICT OF FLORIDA**

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Melwyn L. Pasternack, et al. v. Rolling Hills of Ocala, Ltd. et al. | E.D.Pa. | 76-2578 | 8/26/76 | 76-5 | 1/5/78 | |
| A-2 | David G. Pinosky v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-117-Civ-NCR | | | 2/4/80 | |
| A-3 | Joseph Bonaccurso v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-461-Civ-NCR | | | 1/5 | |
| A-4 | Bevar Realty Corp. v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-458-Civ-NCR | | | | |
| A-5 | Peter Palmarozza, et al. v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-462-Civ-NCR | | | | |
| A-6 | Irving Gelman, D.D.S., P.A. v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-455-Civ-NCR | | | | |
| A-7 | Terrence R. Malloy, M.D. v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-460-Civ-NCR | | | | |
| A-8 | Howard K. Clough, M.D. v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-457-Civ-NCR | | | 1/ | |

DOCKET NO. 259 (CONTINUED)                                    PAGE   2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-9 | Clyde A. Maugher v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-469-Civ-NCR | | | 1/5/78 | |
| A-10 | Joseph Coluzzi v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-456-Civ-NCR | | | 1/5/78 | |
| A-11 | Roy N. Rogers v. Edward Gadinsky, et al. | S.D.Fla. Roettger | 76-459-Civ-NCR | | | 1/5/78 | |
| XYZ-12 | Oceanus Mutual v. Imperial Sugar et al. | S.Fla. | 79-28 | | | | |
| XYZ-13 | Imperial Sugar v. Arosa, et al. | S. Fla. | 79-1296 | | | | |
| XYZ-14 | Cappellini v. Arosa Mercantil, et al. | S.Fla. | 79-2172 | | | | |

p. _____

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO.  259 --  <u>IN RE FLORIDA REAL ESTATE (ROLLING HILLS OF OCALA,</u>

<u>LTD.) SECURITIES LITIGATION</u>

| Plaintiff | Defendant |
|---|---|
| <u>MELWYN L. PASTERNACK, ET AL. (A-1)</u><br>Henry I. Jacobson, Esquire<br>1111 Robinson Building<br>42 S. 15th Street<br>Philadelphia, Pennsylvania  19102 | ROLLINGS HILLS OF OCALA, LTD.<br><u>EDWARD GADINSKY</u><br>Alan E. Greenfield, Esquire<br>Dubbin, Schiff, Berkman & Dubbin<br>1000 Rivergate Plaza<br>Miami, Florida  33131 |
| <u>DAVID G. PINOSKY (A-2)</u><br>Ronald S. Golub, Esquire<br>606 Biscayne Building<br>19 W. Flagler Street<br>Miami, Florida  33130 | <u>ESTATE OF ALLAN PLOTKIN</u><br>Stanton S. Oswald, Esquire<br>Packard Building, 12th Floor<br>Philadelphia, Pennsylvania |
| JOSEPH BONACCURSO (A-3)<br>BEVAR REALTY CORP. (A-4)<br>PETER PALMAROZZA, ET AL. (A-5)<br>IRVING GELMAN, D.D.S.,P.A., ETC. (A-6)<br>TERRENCE R. MALLOY, M.D. (A-7)<br>HOWARD K. CLOUGH, M.D. (A-8)<br>CLYDE A. MAUGHER (A-9)<br>JOSEPH COLUZZI (A-10)<br><u>ROY N. ROGERS (A-11)</u><br>Gerald F. Richman, Esquire<br>Frates, Floyd, Pearson, Stewart,<br>    Richman & Greer, P.A.<br>25th Floor, One Biscayne Tower<br>Miami, Florida  33131 | Mr. Cosmo Leboff<br>c/o National Administrative Services,<br>    Inc.<br>One Barclay Avenue<br>Bala-Cynwyd, Pennsylvania |