DOCKET NO. 259

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FLORIDA REAL ESTATE (ROLLING HILLS OF OCALA) SECURITIES LITIGATION

TRANSFER ORDER

It appearing that all parties 1/ to the actions listed on the following Schedule A agree on the desirability of transferring the action pending in the Eastern District of Pennsylvania to the Southern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district before the Honorable Norman C. Roettger, Jr., and the Panel having found upon consideration of the papers submitted 2/ that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation,

IT IS ORDERED that the action listed on the following Schedule A and pending in the Eastern District of Pennsylvania be, and the same hereby is, transferred to the Southern District of Florida and, with the consent of that court, assigned to the Honorable Norman C. Roettger, Jr. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 with the actions pending in that district and listed on Schedule A.

---

1/ Plaintiffs in the Pennsylvania action and several defendants in the Pennsylvania and Florida actions failed to respond to the motion for transfer, and thus they are deemed to have acquiesced to the action requested in the motion. See Rule 7, R.P.J.P.M.L., 65 F.R.D. 253, 258 (1975).

2/ None of the parties was present when this matter was called at the Panel's hearing held in Chicago, Illinois, on July 23, 1976, and thus the matter was deemed submitted for decision on the basis of the papers filed. See Rule 14, R.P.J.P.M.L., 65 F.R.D. 253, 264 (1975).

FOR THE PANEL:

John Minor Wisdom
Chairman

SCHEDULE A

DOCKET NO. 259 -- In re Florida Real Estate (Rolling Hills of Ocala, Ltd.) Securities Litigation

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Melwyn L. Pasternack, et al. v. Rolling Hills of Ocala, Ltd., et al. | Civil Action No. 76-576 |

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| David G. Pinosky v. Edward Gadinsky, et al. | Civil Action No. 76-117-Civ-NCR |
| Joseph Bonaccurso v. Edward Gadinsky, et al. | Civil Action No. 76-461-Civ-NCR |
| Bevar Realty Corp. v. Edward Gadinsky, et al. | Civil Action No. 76-458-Civ-NCR |
| Peter Palmarozza, et al. v. Edward Gadinsky, et al. | Civil Action No. 76-462-Civ-NCR |
| Irving Gelman, D.D.S., P.A. v. Edward Gadinsky, et al. | Civil Action No. 76-455-Civ-NCR |
| Terrence R. Malloy, M.D. v. Edward Gadinsky, et al. | Civil Action No. 76-460-Civ-NCR |
| Howard K. Clough, M.D. v. Edward Gadinsky, et al. | Civil Action No. 76-457-Civ-NCR |
| Clyde A. Maugher v. Edward Gadinsky, et al. | Civil Action No. 76-469-Civ-NCR |
| Joseph Coluzzi v. Edward Gadinsky, et al. | Civil Action No. 76-456-Civ-NCR |
| Roy N. Rogers v. Edward Gadinsky, et al. | Civil Action No. 76-459-Civ-NCR |